Commonwealth *v.* McKee, Appellant.

Argued November 17, 1966. *Hymen Schlesinger,* with him *M. Y. Steinberg,* for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee, submitted a brief.

Order affirmed.

Commonwealth *v.* Malfer, Appellant.

Submitted November 14, 1966. *Donald L. Malfer,* appellant, in propria persona; *Thomas A. Swope, Jr.,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Myers, Appellant.

Submitted November 14, 1966. *Clyde Willis Myers,* appellant, in propria persona; *John Fuller,* Assistant District Attorney, and *Vincent J. Pepicelli,* District Attorney, for Commonwealth, appellee.

Order affirmed.